```
    0.*
                              UNCLAIMED FUNDS                      FILED
  383.98+
                                                              2010 NOV 29 PM 2:32
  383.98*
```

R 24, 2010

07-62423    MICHAEL & TY KLUMP
            CREDITOR DID NOT CASH CHECK
            CHECK #461824 FOR $383.98
            NELNET FOR COLLEGE ACCESS NETWORK
            999 18TH STREET
            SUITE 425
            DENVER, CO 80202

```
        UNITED STATES
      BANKRUPTCY COURT

       Northern District of Ohio
            Canton Division

  R1 - 00060858 - SESHE

      November 29, 2010 14:34:58

  Code    Case #   Qty      Amount
  UF - UNCLAIMED FUNDS
          07-62423  10    $383.98CK
     Debtor - KLUMP

  TOTAL   -         $383.98
  TEND    -          383.98
  CHANGE  -            0.00

  FROM: TOBY L ROSEN
        121 CLEVELAND AVE SW
        CANTON OH 44702
        330-455-2222
```